UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

RAPLPH TINSLEY,

       Plaintiff,

v.

                                          Case No. 1:23-cv-528

UNKNOWN BATTER,

                                          Honorable Phillip J. Green

       Defendant.

_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the case be dismissed with prejudice for Plaintiff's failure to comply with this Court's Order.


Dated:  April 21, 2025                         /s/ Phillip J. Green
                                                            PHILLIP J. GREEN
                                                             United States Magistrate Judge